URBANSKI  VCH

1:21CV25

TO:  Chief US District Court Judge Glenn Conrad
WESTERN DISTRICT OF VIRGINIA
210 Franklin Road, Suite 540
Roanoke, VA 24011
TEL:  540-857-5100

VCH

JANUARY 19, 2021

August 7, 2017

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
210 FRANKLIN RD., SW., SUITE 540
ROANOKE, VA 24011

RECEIVED
8-7-17
Dep Clerk

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 19 2021
JULIA C. DUDLEY, CLERK
BY: A. Beeson

FROM: Victor C. Hahn
3464 Colonial Av. SW #7
Roanoke, VA 24018
SSN: 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 * Tele: 540-772-4718 * FAX: 540-772-1344 * Cell: 540-354-8484

**REF**: WIRETAPPING AND ELECTRONIC SURVELILLANCE.

URBANSKI  VCH

The Honorable Chief Judge G. Conrad:          (8-6-17)    [77.2699]   2.45 pm

1.0   I, VICTOR C. HAHN, of 3464 Colonial Av, Apt. B7, Roanoke, VA 24018, Telephone 540-772-4718,  cell 540-354-8484, "respectfully" request the Judge to address the following violations of my Civil Rights and Invasion, my Privacy, and Fourth Amendment:

  (1) if there IS or has been a "SEALED or NOT SEALED" Federal Court Order between  October 1997  and the present  regarding:
    (1.1) any type of  "WIRETAPPING" of my home telephone number (540-772-4718), home fax number  (540-772-1344),  and my cell number (540.354.8484},  and
    (1.2) any "ELECTRONIC SURVEILLANCE" inside my premises  where I live, i.e, 3464 Colonial Av,  Apt B7, Roanoke VA, 24018 (ie, Bent Tree Apartments); including via COX Cable to see inside my town house, and
  (2)  WHAT IS THE PROBABLE CAUSE(S) for the Wiretapping and Electronic Surveillance.
    I suspect that I am UNDER surveillance even when I have TRAVELED to Richmond, VA, to Washington, DC, to Duke University in June, 2009, to John Hopkins in MD around April 2012; ie, wherever I go.
    (2.1) Per Mr. Comey's recent TV interview on 60 Minutes of on or about May 14, 2017 (orig, aired on May, 14, 2014), there MUST be a COURT ORDER to have electronic surveillance, there must have a SERIOUS "probable cause" like a TERRORIST, an AGENT of a foreign nation, or a SERIOUS CRIMINAL or some sort", (i.e, NOT me), and must be for "LIMITED TIME", not years

  (3)  Further, as the Clerk of Federal Court here in Roanoke told me recently that it is RARE for being under wiretapping and electronic surveillance since at least 1997, ie, that long, I therefore suspect that there is NO COURT ORDER, and that I am under ILLEGAL ELECTRONIC SURVEILLANCE; therefore, my civil rights, privacy, and FOURTH Amendment, are being violated and abused.
    (3.1)  Therefore, I "respectfully REQUEST" the Judge to INVESTIGATE if there has been or presently IS any wiretapping and electronic surveillance regarding my person, by interviewing the people close to me as named in this 23 Pgs and complaint based on the evidence hereby presented (to include Joy Greer, Dr. Kehres, Mitch West, My ex-wife, J. Reddick, Dr. Jeri Lantz,

1 /23

Dr. D. Powell, billing history from BCBS with all of my diagnosis and labwork orders and names of doctors I saw, and Sayford Meadows, Maintenance Supervisor at Bent Tree Apts, 3464 Colonial Av, #7; Roanoke, VA 24018, (County), who has been working at Bent Tree Apts. before 1997, regarding the INSTALLATION of any electronic surveillance in my town house, where I live ALONE since before 1997, as well as regarding any illegal INTRUSION into my apartment, etc.). (Note that Sayford M. just RETIRED from bent tree Apts. this last May 2017, a coincidence?)

(4) I respectfully REQUEST the Judge to order to STOP IMMEDIATELY the wiretap and surveillance, and to order the Roanoke Dpt. of Health to SUPERVISE the proper treatment to cure my intestinal yeasts infection (C. Albicans/Dubliniensis) that I INTENTIONALLY have for 14 years, that is NOT normal in the normal population as it was successfully treated in vitro in the First Four Cases per CDC article of Jan-Feb 2000 titled: "*Candida Dubliniensis Fungemia: The first Four Cases in North America*", by. Dr. Mary E. Brandt, that causes MALABSORPTION, so I can "regain" my God given normal nutrition to improve my nerve damage, advanced osteoporosis, and to increase my present weight of 106 lbs. and muscle mass.

The wiretapping has DESTROYED my life and INJURED my body via diseases and medication, and lost money in the lengthy and dubious prosecution of my idea about computers filed on October 20, 1997 at the USPTO, and at the European Patent Office (EPO) in Europe on March 19, 1999, that requires to pay annuities, and the fact that IBM may be using my idea since October 2002. Further, I do suspect LE are maliciously involved in my finances at UBS (A. Williams; S. Barnhart) and Scot Trade, with money removed and NOT invested for about 3-4 years.

(5) HUMAN RIGHTS VIOLATION as doctors have NOT DISCLOSED my true diagnose (disease) to BCBS; for intentionally given me 4 diseases; for FAILING to give me the correct therapy to heal; and for PREVENTING me from seeing the Director of the Roanoke Dpt. of Health, S. Harper, (ie, prevented by Head nurse Leslie Bittner on June 6, 2013, by nurse PAM on April 25, 2013, and by Dr. Harper's secretary Mrs. Cheryl Daniels on January 4, 2017 and April 13, 2017), as Atty. Pearson Weber told me once: "*it is FEDERAL Law to prevent a person from PROPER medical care*", and that the Health Department is "*in charge that people receive proper medical care*".

(5.1) AGRAVATED ASSAULT with a DEADLY WEAPON; ie, with the Infectious Disease and medication, that is killing me slowly by malnutrition, malabsorption.

(5.2) (NOTE: To me, ALL the above is because I had an IDEA about a computer network in 1997 that was filed at the USPTO on October 1997, that I believe is worth a LOT OF MONEY, as it *resembles AOL where PC users would log in to freely USE my powerful MF computer for a FEE.* The idea was issued on September 1, 2009 but with printing errors that were corrected by February 28, 2012; this is about 14 years after filling in Oct 1997, but having defects that I noticed around December 2013 THANKS to some patent litigators, that does NOT allow me to enforce it or to put a business; ie, to me, this PROOFS the surveillance objective, {luckily, I am presently trying to CORRECT the defects with the USPTO}).

(5.3) To me, Law Enforcers (LE) are "maliciously" involved in my ENTIRE LIVE through

2

electronic surveillance.   I am a normal US citizen with an MS degree in Mechanical Engineer from Syracuse University in the late 70's, born in South America, Lima Peru.   To me, the information gathered by Law Enforcers (LE) has been used against me by communicating with ALL the people I interface with in my daily Life (my doctors; intentionally given DISEASES; friends; my US Atty and US Examiner, my EPO Atty the EPO Examiner; altering my blood labwork to be normal so I wont be cured and be ill.  Further, ALL these people COOPERATED with LE despite me telling some of them that I suspected LE (including the FBI) were behind everything.   Also, LE have BUGGED my home computers to see what I am doing.   ALL this for THEIR benefit; to me, my IDEA, (perhaps to steal it somehow?).  I suspect that I have been manipulated through other people for  LE benefit, and I am surprised that NO BODY has mentioned to me the term "*medical malpractice*",  or to find an Attorney.

(NOTE: I told some doctors (Jeri Lantz, Steinweg; Chaudry, H. Sherman, Richard. Milan, D. Cummings, and Douglass Powel in Patient First, Richmond, VA) that I suspected LE (FBI) were orchestrating everything, and some doctors even RECORDED my suspicions on their records; ie, feeling of persecution, LE (FBI) following me, paranoia of being persecuted, etc.).

(5.4)  It has been a "humiliating, degrading" experience my last 20 years of my life, a form of TORTURE, that has consumed most of my time; ie, health and patent matters.

(5.5) I also suspect that my ex-wife and my daughter must be under Ellectronic Surveillance.

(6) LE have even DRILLED-OPENED my 12X12X24 in.  safety deposit box at Wells Fargo in downtown, Jefferson Str, in 2011 or 2012, and LOST my notarized original idea in an envelope; (the Bank thought it was their box).   The Bank should have his NAME; WHY? looking for something important?   I was told that this has only happened only once OR twice in the history of the Bank. (I closed all my boxes there and move to Sun Trust on Ogden Dr.)   I suspect my boxes at Wells Fargo in T.W. Mall have been opened too, as well as my boxes in Sun Trust, on Ogden Drive, SW, (see Mrs. Dillard).   Detective Owens investigated the Wells Fargo Box case but he NEVER gave me his conclusion; WHY?. (Perhaps WF bankers Taylor, Merriam, Liana, and Melissa Leyfell in TW Mall can be interrogated about the boxes and about any illegal contact from LE as they have known me for years, Melissa for around 15 years.)

(7)   JUSTICE regarding those who have DESTROYED my life, INJURED my body via diseases and medication, (nerves damaged; osteoporosis; lost muscle mass; weak heart; digestive problems from the intestinal infection; my patent matters, loosing money from 2 brokerage firms here in Roanoke as I DEPEND from this money to live, as they have over 200K in cash not invested for about 4 years and about 30k removed, and by PREVENTNG  me from having secured ONLINE access (like another empty acct.) to be able to buy corporate bonds, etc, and learn from their R/D information.  As PROOF, on or about Sep 2016, LE BUGGED a brand new laptop at the SW County Library while I was trying to install & activate Windows 10, (by adding a VPN program?, perhaps to steal my money from UBS?); Allen H. at the reference desk noticed this, as well as David and Shawn.  I understand that this is AGAINST VA Law,  and that it is punishable.

Further, to me, LE maliciously damaged  my automatic transmition in my  Seville in 2011 and in my Buick Regal in 2013.  I took both cars to Bergland Buick, downtown, (Charlie in service

3

knows); also Bradley Bohmer who presently is in Magic City Ford; (NOTE: I never had a trans. Problem in America!  My ex-wife's also had trans. Problems on 2016, and bought another car last year; suspicious events.) (Mike at E&E Auto Towing 268-5202) is a witness of my ignition switch maliciously wired through my emergency lights in my 2003 Regal.)

   (8)  I also respectfully request the Judge to assist me to RENOUNCE my US citizenship and to REVIVE my previous Green Card at the USCIS location just south of Tyson's Corner.


   (9)  I respectfully request the court to allow me to BRIEFLY meet with the Judge to briefly discuss this complaint, and to CONFIRM that the JUDGE did receive it and it was NOT intercepted.


   (10)  (NOTE:  On or about 2006, I called Atty, Patrick Kenny who I met at the Common Wealth Atty, of VA Office, and asked him if he can FIND OUT if my telephone was intercepted / wiretap, as I felt that this would stop ALL my problems, and he said it would $ 100.000.00 US;  as proof, he told me he just had a BABY daughter.  In fact, I just called him on March 22, 2017 from this Federal Court to let him know my findings regarding that a court order MUST be at the Federal Court, as I could not find out before in WHICH court the Court Order needs to be FILED.


   (10.1) Further, I received a letter dated March 11, 2016 mailed from Senator Warner's Roanoke office, that, the secretary (Ashley) did NOT have it in the records, as I recently requested a copy of ALL mail sent to me; ie, it is a FALSE letter between me and the Senator's Office, and this letter mentions the DOJ; ie, to me, OBSTRUCTION of Justice  (OofJ) orchestrated by LE, ie, very serious under the law.


   (10.2) On March 22, 2016, I saw Senator Edwards and I showed him the CDC report and asked him how come I am not YET cured by my doctors, and he told me to see the US Attorney Mr. Fishwick "*to see what is going on*". So I did  go to the US Atty. Office but the lady at the front desk told me to go home and to call  Amy Guthrie, at 857-2250, to make an appointment, but she never returned my calls; ie, OBSTRUCTION of Justice by a third party. On July  19, 2016, I faxed Amy a 10 Page summary of a complaint from Bent Tree Apts's, where only Drew Gruub was working, as my Fax is not working, and it did NOT go through, so I immediately called her from the Office, and read her the email from Stu Wirtz and Drew heard it.  I stopped by the office a week later, and  I was told that Drew went home that day and committed suicide? that he had mental problems?   A week later, the maintenance (Martin) also told me that he went home and shot himself.   To me, Drew G. knew something regarding me being under electronic surveillance and was forced NOT to tell me.  I hereby request an investigation to the TRUTH.  I did tell Drew the fax was to the US Atty's regarding my health.

2.0  BRIEF SUMMARY OF MY ACTIVITIES IN 1997 AND 1998 THAT PROOFS THERE WAS NO PROBABLE CAUSE FOR ANY WIRETAPPING & SURVELLANCE:

(NOTE: In 1997 and 1998, and thereafter, I have been FULLY devoted to 2 things: my health and my patent matters.)
21, In 1996, I was in search of work and, and in addition to private companies, I was also trying to find work with NASA in Greenbelt, MD as a minority engineer, and I spoke with the head of

4

minority employment who I believe, was from Puerto Rico. I even visited NASA a few times. Then, early 1997, I had an idea about a "computer network," *(like AOL, where pc users would log on and freely use my powerful mainframe computer for a FEE"),* (the term AOL appears in my orig idea) so, in April 1997, I first went the USPTO in Wash, DC for about a week and met Examiner Thomas Lee, and he told me: "*it is a good idea, be careful not to infringe with other people's claims".* Then, I came back to Roanoke and gave this idea to Mr. Fred Rosenbaum (FR) for the first time to write the application and to file it at the USPTO in Wash, DC, which he did on October 20, 1997; i.e, 19.5 YEARS ago. (Note that in theory, the patent term of 20 years expires this October 2017; VERY SERIOUS, and I have spent a lot of money.)

22. (NOTE: FR was a just retired examiner from the USPTO who was working part time for the Law Firm of Woods Rogers here in Roanoke, who must have approved hundreds of applications in 33 years; ie, excellent knowledge in the PRIOR art. Fred R told me on the first day that he believed my idea had NOT been patented yet, and that I would be wealthy, but somehow, I FAILED to tell anybody that Fred told me that I was supposed to be wealthy, to me, I suspect now that I should have told to my closest friends....)

23. Between April and September 1997, I went a few times to an auto club called SCCA in Summit Point, West Virginia, near Wash, DC, where a friend of mine, Max Rodriguez and Edmond Huang, IBM employees, told me once: *"Victor, don't tell us about your idea, we don't want to know it".* I even met an FBI agent, Stuart Wirtz, a doctor named Larry Stabler who was a surgeon for the US Army in NC, Fort... (In other words, I was having a normal life.)

24 In 1997, I was tapering off XANAX on my own (which is very addictive) that Dr. Donald Smith gave me for 4 years but it was difficult; so mid-September 1997, I went with Mrs. Joy Greer (JG); 540-761-3023; to see Dr. Dorothy Tompkins at UVA, an addiction doctor, and she told me to stop "ABRUBTLY" Xanax, and, in a few days, that is by the end of September, I developed "withdrawal symptoms". To me, INTENTIONAL; a third party told Dr. Tompkins to do this; ie, Dr. Tompkins was USED, and Joy G. did NOT say anything and allowed me to have withdrawal symptoms; WHY? To me, Joy G was "maliciously" communicating with a third party, LE.
  (I wonder if JG had told me I was under surveillance, would she have VIOLATED the LAW?)

25, During September and October 1997, FR mailed me a draft or maybe two to approve and SIGN, we talked on the telephone as I could not go to his office, and FR filed the FINAL corrected draft on October 20, 1997 at that USPTO in DC; ALL these while I was HAVING withdrawal symptoms; WHY?; to me INTENTIONAL, (not to be able to read well?). (The USPTO assigned S/N 08,954,213 to this application.)

26 On October 1997, Dr. F. Remington from Fairport NY, told me to see a Chiropractor to relive the withdrawal symptoms; FALSE, RMH told me once that I just needed to do DETOX; ie, to me, a SET UP, and this can ONLY happen if my telephone was WIRETAPPED.

27. Late October 1997 and early November 1997, I went with Joy G. to see Dr. Kehres, (774-0910), a chiropractor, for about ten sessions, and on the last session, (November 10 or 11th 1997), Dr. Kehres gave me what a call a "FINGER TIP NERVE massage" on top of my 4 extremities, from each feet to each shoulder, then shoulder to shoulder on my back, then from

5

each shoulder to each breast on my chest, always PERPENDICULAR to my body, fast up/down repetitive motion covering about 1.5 inches at the time.  It took about 20 mts and JG was outside. (see sketch "A").  (Dr. DeCastro told me in 2000, that this massage caused a NERVE ENDING PROBLEM, and it has DESTROYED my life untill the present, as I can not do the things I used to do before.)   To me, this is AGGRAVATED ASSUALT and JG is GUILTY, and a "conspirator" as she knowingly took me to Dr. Kehres and never said one word about it,  like I need to go to an Attorney or the Police.

As one PROOF of the massage in November 1997, I called a friend of mine, Stu Wirtz at his home in MD, who was an FBI AGENT and asked him to call the chiropractor and ask him why did he do that, and he told me:  *"Why would he do that"*, but I suspect he did NOT called him.  (I did call Stu Wirtz a few more times late 1997, as well as a few more times after his return from Austria, Europe around 2004 as he was suddenly transferred, as I was trying to reach him  in DC some time on March 1999, Edmund Huang is a witness.)

As another PROOF, I paid Dr. Kehres with CHECKS which I just ordered copies form Merriam and Taylor in Wells Fargo, TW Mall.)

As another PROOF, it is IMPOSIBLE for me to describe such unique nerve massage!

As PROOF, I had to ORDER groceries at TINNELL'S Finer Foods next to RMH for about 4 months, probably untill April, and paid with CHECKS as I could NOT go to Kroger's.

28,  It caused NEURITIES, ie, nerve inflammation which causes anxiety, panic attacks, that sent me to the ER at RMH about 6-7 times in 1997 and 1998.  He claims he NEVER did this perpendicular massage to me; but Joy Greer, (cell 540- 761-3023), took me to the chiropractor, so she is a witness of the bodily harm it did to me.   JG also visited me here almost daily for a year or so.  (Further, I was so cold, I had to buy an electric blanket and wear my SKING bibes in the winter of 1998.)

29,  I LOST my strength, could BARELY  walk more than 10 or 15 minutes without taking a brake; could barely go up stairs untill the present, ie, stamina problem; can't swimming at  ALL untill the present, ie, 20 YEARS.  (NOTE: I was swimming 2-3 times a week at the RAC and at the Carter Center since around 1992, and had to stop abruptly untill the present; Ashley Wiley Beamer, an instructor at the RAC, remembers me swimming regularly; I recently spoke with her.

A Peruvian Neurologist in Lima, Peru told me around 1999, that "a massage can be very TRAUMATIC".

Around 1999 or 2000, Dr. Jeri L. ordered X-RAYS at RMH of my shin muscles to see if they were DETACHED from the bones, (NOTE that the muscles are very close to the bone).

30,   NO DOCTOR wants to write on my Medical Records the nerve massage as I explained here, ie, along my 4 extremities; just a massage on my lower left leg, as if it NEVER OCCURRED, to me, proof of a CONSPIRACY, (ie, the doctors cooperated, WHY?).

31,  I also have to wear heavy LONG underwear EVERY winter from October untill late March, since 1998 till the present, and even after showering; ie, 19 years.  I suspect my POROUS never close completely.  (Per FBI definition, this is *"aggravated assault"* due to *"temporary or permanent bodily or organ damage"*).  TTTU

My ex-wife, Constance O. Castro (540-977-3242), which is an RN, visit me a few days after the massage, and even my brother Rolf Hahn, presently in Kissimmee, Florida, (941.485. 2814)

who was here early December 1997, and both saw me traumatized.

32.  Because of the nerve massage, I had to take VALIUM since November 1997 untill about early 2013 or 2014, where I decided to TAPPER it off, (as my sister in Lima, Peru, told me that Valium makes one dizzy, sleepy, and worse, I suspect it SLOWED my work regarding my application.)

33. {To me, it all STARTED with JG, as she suddenly (ie, INTENTIONALLY) appeared again in my life on or about July or August 1997 after years of not seeing her, and I was seeing Angie Smith, (314- 968-0797) an LPN? at Carilion in Salem, and JG made me brake up with her.  I believe that around 2013, Angie was working at Carilion's billing history in downtown Roanoke, in the old WF Bldg.  JG asked me: "I want to know what your idea is all about?  WHY? unless a third party told her it had a high market value.  To me, my idea RESEMBLES CLOUD COMPUTING as shown in Fig. 1, and presently, cloud computing has a HUGE market value; ie, ORCHESTRATED; please investigate and apply the law accordingly.}

   (As reference, in 1997, the Internet was very primitive; Google was just being TESTED in the UCLA campus.)  To me, Joy G. was used to manipulate me from 1997 till around 2000, to help me to go to my doctors, to see how I am doing; and to be the middleperson between me and the LE.  I saw her almost DAILY between 1997 untill late 1999 or early 2000, and even took me to all my doctors appointments, like Dr. Hefner.)

34,  Early 1998, I saw Dr. Boogs (or Bogs) from RMH, and Dr. Spetzler in Lewis Gale in DESPERATE search to get cured.   They both checked my NERVE REACTIONS with a small HAMMER, strength, etc.  (Do not recall he diagnose they gave me.)

35,  Mid 1998, Fred R moved to Florida and DID NOT explained me how the network in the application worked (including the 3 networks for protection as outlined in the 8 claims), that would have HELPED me to understand my application while in prosecution and to CORRECT them ASAP to be able to put a bussines and make MONEY per originally envisioned; to me, INTENTIONAL.

36.  Late 1998, I decided to file in Europe at the European Patent Office (EPO), so I called Fred in Florida, and he told me to file a "PCT application".  (The EPO is in a "different" jurisdiction than USA and has different rules; therefore, to me, my EPO Atty and/or EPO examiner could have DETECTED any errors regarding clarity, ambiguity, UNITY, etc, and tell my US Atty to correct, and both applications could have been allowed MUCH earlier.)

   Yet, the EPO WAITED untill my US application was ALLOWED in 2008 in order to proceed with the first EPO communication on December 2007, and this is 9 years after filing there in March 1999; ie, ORCHESTRATED via wiretapping, to go in tandem with my defective US application.  (NOTE: I also filed in Japan, but TB told me once to better abandon Japan as it is difficult to enforce it, translation fees, etc.) (Also, Fred R. could have spoken with Atty, Mr. Ho, who filed the PCT, or with Mr. T. Brown that prosecuted my idea in US between 2000 and 2008, to clarify any clarity, ambiguity, unity, in the application.)

37.  CONCLUSION:
(1)  Based on my above activities during 1997 and 1998, I see NO BASIS for any probable cause

7

for any LEGAL wiretapping and electronic surveillance, "UNLESS" it was ILLEGAL, and ONLY because of the HIGH market value of my IDEA, and,
(2) since 1997 on, I needed to have absolute "CONFIDENTIALITY" to communicate with my Patent Attorney in Wash, DC.

3.0  FURTHER EVIDENCE THAT PROOFS I HAVE BEEN UNDER WIRETAPPING AND ELLLECTRONIC SURVEILLANCE SINCE 1997 UNTILL THE PRESENT:

1.  Early 1999, my application was transferred to Was, DC to the Firm of Armstrong, Westerman, Hattori, to FILE the PCT, and Atty.  Mr. Raymond Ho, filed the PCT on March 17, 1999, that included JAPAN and ALL EPO countries.   The European application received S/N: 99 914 914.9. A year or two later, Atty. Mr. Thomas Brown (TB) of the same firm took over the prosecution in the US until I revoked his POA on November 2008, and now, "*I gratefully represented myself with the US PTO until the present*"; (BUT, it has NOT been easy for me to prosecute the application since 2008 till the present due to the lack of clarity, ambiguity, UNITY, as PER orig written by Fred, and by the fact that I was ill from the nerve massaged, and the yeast infection I got in June 2003.)

2,  By December 2001, there were about 5 Office Actions (OA) from the US Examiner, and there were 2 Examiner's Interviews between TB and the Examiner, were claims (1,2,3) were amended against the prior art, and were fairly well distinguished against the prior art; ie, so to me, my application was fairly CLOSE to be in condition of allowance despite having some clarity, ambiguity, unity issues in the specifications and in claims 1-8, and I am "very surprised" that TB and the Examiner, Mr. VU, did NOT amend the application as required by patent law, as to WHAT the invention is ALL about, to avoid SCRUTINY in case there is   litigation in the future.
    (I understand that per theory, I HAVE to put a business according to the network as DESCRIBED in claims (1, 2, 3), and any deviation, would NOT allow me to put a bussines and make money as I originally conceived.)

3  On October 31, 2002, IBM announced  "*On Demand Computing* "in USA TODAY, MONEY SECTION, titled: "*IBM Chief hopes daring vision can ignite the sector*",  with an investment of billions of dollars….  (I suspect that IBM may have seen my application at the USPTO.ORG site and decided to use in a similar way.)

4.   On December 16, 2002, TB REFILED the original application that was filed on October 5, 1997 without giving any technical explanation, and the application received a new serial number (10/319,596) and remained DORMANT for about 4 years untill December 2006; ie, I WAISTED about 9 YEARS; (ie, from 1997 to 2006); IMPOSSIBLE, unless ORCHESTRATED by a third party that communicated with TB and with the Examiner, Mr. Vu; (very SERIOUS in patent matters).

6.  By December 2002, TB failed to TIMELY respond to an OA of December 14, 2001, and  the original application of October 1997 was officially ABANDONED on April 4, 2003; ie, to me, INTENTIONAL for malicious objectives.

7.  On Feb 2004, Facebook (FB) was incorporated.   I also suspect that FB is USING my idea/network, as my idea also resembles FB's network (as shown in my Fig. 1).

8. On or about 2005, 2006, Chris Perry from VERIZON (540.265.7523) REFUSED to send me an Official letter stating that my home telephone was NOT intercepted, he just faxed me a hand-written letter w/o the Verizon logo and perhaps w/o signing it; ie, to me, PROOF that my home telephone WAS INTERCEPTED. It cost me about $ 100.00.

9. On December 2006, that is 4.4 years after being dormant, TB CANCELED the 8 original claims filed on October 1997 and DRAFTED 8 NEW claims per his own volition, deleted about 11 lines in the specifications and added about 11 lines. To me, TB REMOVED "inventive features" or components in the specifications, and prosecuted the application in an "adverse" manner in order for me to receive a DEFECTIVE patent later on, where I can NOT put a bussines or sue any company using my original network filed in Oct 1997. (The inventive feature of FEES was never added to any claim; WHY?)

10, On April 2008, as my US application was being allowed, TB drafted the FIRST EPO Claim based on my defective US claims (1,2,3) and proposed it to my EPO Atty (Mr. M. Hoessle) to file it at the EPO. To me, INTENTIONALLY in order for both patents to be defective.
(NOTE: the EPO application was dormant at the EPO from March 1999 untill the first communication of December 2007; ie, almost 9 years, and this is AGAINST EPO procedures. Per theory, the first EPO communication should occur after about 18 months after filing.)

11, Between December 2007 and December 2016, ie, 9 YEARS, the EPO application had about 6 communications from the Examiner, and the application was REFUSED in December 2016, but is OPEN for an APPEAL. To me INTENTIONAL to delay things in order to copy the final US application.
    (I have ABANDONED this application as the patent term expires on March 1999; NO time to enforce it assuming it would have NO defects after the appeal.)

12. On June 25, 2008, I went to Washington, DC for the FIRST time to meet the Examiner, Mr. Vu, as well as to meet my Mr. T. Brown (TB). Since 2008, I have been going to DC various times to go to the PTO, as well as to the Peruvian Consulate and German Embassy, who both must know something about me being under electronic surveillance.

13 Since about November 2008, I represent myself with the USPTO, and since December 2013, with the EPO, where I have drafted many amendments for my EPO Atty to file for me, BUT with resistance; WHY?

14. On or about November 2013, Atty Mr. J. Love form the firm OBLON in Alexandra VA, told me that he would NOT sue IBM because IBM would INVALIDATE each of my claims, and at the end, he was going to be left with NO CLAIMS and with all the expenses. (NOTE: he did NOT tell me why, but I began to study the application.)

15. I immediately called another Atty in Chicago to sue IBM, and a week later, he told me that his BEST electronics Atty told him that my patent was about "*machine language translation*"; well, he was sort of right as the Abstract stated those words, (but, he did not quite understood the idea in the specifications due the ambiguity, clarity, etc.). Then, I began to READ/COMB my application to understand the problem.

16   In 2015, I filed a "Petition to Revive" the first application (213) filed on October 1997 at the USPTO to correct the defects and pursue my business objectives.    So far, I believe that it is going "WELL", and this appears to be confirmed by a letter sent by Senator Warner's office here in Roanke.

## 4.0  HEALTH                                                    8/5/17   5.30 pm   [77.2688]

1,   In 2000 and 2001, I saw Dr. Andrew Cepulo, a sports medicine doctor in Roanoke, and he told me to do stretching, light exercises, and light weighs, and to WALK 30 minutes every other day, and  he wrote an exercise plan.   He emphasized for me to do light weights otherwise, he said: *"it s going to take much longer to heal"*; ie, my nerves and muscles were DAMAGED, and my muscles were WEAK, as nerves and muscles go together.  (My ex-wife Constance O. Castro, [540.977.3242], went with me for a few sessions.)  (PROOF: I walked in VWCC for about 2 years, in the cafeteria, in the long hallways, and a lady friend came with me many times; I also walked at the Holiday Inn in Tanglewood, as they have long hallways too, and where I met some people, like Linda Bannister (540-761-6826); Levi Romero, and Steve at the restaurant.)

2.  Dr. Jorge Noriega from Oklahoma City told me once that the NERVE massage causes 3 things: pain, loose strength, and to do exercises otherwise my nerves would get *"ATROPHIED"*; ";PROOF: (1) I had to order food from TINNELLS Finer Foods  near RMH, from 2 to 4 months, and I paid with First Union CHECKS; (2) I had to use those ELECTRIC cars at Kroger's in Tanglewood Mall to buy food untill at least 2010; a lady RITA that still works at Kroger, must remember  (3)  Also, my son Miguel must have seen me in Charlottesville in 2004 and in Richmond in 2008); by 2010, less often as I took brakes (ie, sitting any where).   Also, I started to play racquetball again at the RAC in 2010 with some friend's kids (Mauricio Alonso, Sammy Puyana), but had to take brakes (sitting on the floor every 5 or 10 minutes.)

3   On August 24, 2000, Dr. Mari T. DeCastro (Neurologist) from L. Gale, conducted my first Nerve Conduction Studies (NCS) out of 4 NCS of my left leg and left arm, and she told me that I had a *"nerve ending problem"* and that *"short FIBER neuropathy can not be ruled out"*; ie, to me, this means there was short fiber damage.  I suspect my POROUS never close completely). (She told me to apply MOIST heat daily.)  (BCBS refused to pay the bill; diagnosed used?)

3.1 On August 1, 2003 Dr. Howard Sherman (Neurologist) at L. Gale, conducted my second NCS. He stated Normal.   He also checked my STRENGTH and said it is NORMAL; it is IMPOSIBLE if I am malnourished and under weight, ie, about 108 lbs.
3.2 On August 26, 2004, Dr.  Wooten at UVA conducted my third NCS.  Dr. Sherman referred me to UVA for a second opinion as they have a big team of doctors and lab equipment  and they conducted advanced blood work.

3.2    On June 24, 2009 Dr. Howard Sherman conducted my last NCS, as I did NOT improve. NOTE that I had about 30 or 40 office visits with Dr. Sherman because I did not improved.

4,  The above 3 Neurologist stated the results of the NCS were NORMAL;    IMPOSSIBLE, otherwise, If I had nerve damage, then, the question would be WHO told the chiropractor to

massage my nerves; LE?    I would have gone to an Attorney or the police.    Further, the 3 neurologist  REFUSED to give me the sinusoidal curves from the electrical impulses from where the results are generated; ie, amplitudes, delays, speeds, times, curve shapes, etc.  To me, CONCEALING evidence of nerve damage; ORCHESTRATED with LE.

5,  On October 31, 2002, IBM made an announcement on USA TODAY, MONEY Section, about their introduction of On Demand Computing" per article:  *"IBM chief hopes daring vision can ignite sector",* what I believe is now a days called Cloud Computing.    I suspect IBM is using my idea.

6  On November 2002, I started to loose weight.

7, On January 2003, I was diagnosed with AMOEBA Histolityca, an intestinal pathogen, and Dr. Jeri Lantz gave me Flagyl.  I see a CONNECTION WITH MY IDEA.    I was the ONLY person in South West VA in 2003 out of a population of 1.3 Million people to have an Amoeba;  ie, IMPOSIBLE, unless I acquired it INTENTIONALLY, probably form an  IV (INTRAVENUS) needle to draw blood that has flexible tubing were the pathogen is inserted, and a "T" between the needle and the glass bottle for the blood; the T is used to first inject the pathogen in my blood and then draw the blood.    Or from food?    (The correct way is the needle into the vein, and the glass bottle connected to the back of the needle, and blood flows straight INTO the bottle.)

   PROOF: It is a reportable disease and it was NOT reported to the Roanoke Department of Health,  as I was NOT contacted by the Dpt. of Health; ie, CONCEALING a disease from the state of VA.

8, Two days later, my EX-WIFE, who is an RN nurse, came over and saw my Tongue WHITE and told me I had THRUSH, and to see my doctor; (strange, my ex-wife rarely came over, so to me, a third party told my ex-wife to come over ASAP to DIAGNOSE me with THRUSH; Ginger?).    I placed a complaint with the Dpt. of Health in Richmond, Broad Street;  I even wet there around 2008.  I also placed a complaint in Richmond against the Chiropractor, Dr. Kehres.  NO action.

8.1 On March 2003, Dr. Jeri Lantz diagnosed with THRUSH on my Tongue, a Fungal disease, after crashing and dissolving 3 PILLS of Flagyl for the Amoebas in water, ie, as a LIQUID instead of swallowing as a PILL.   It "instantly" BURNED my mouth like FIRE, and to me, it killed my immune defenses in my Tongue and the Thrush developed as mycosis is an opportunistic disease.   To me, LE  MALICIOUSLY told M. West to tell me that; ie, CRIMINAL.   Pfizer told me that Flagyl was NOT designed to be taken as a liquid; ONLY as a SOLID PILL.

   (NOTE:  To me, it ALSO killed my immune system in my esophagus, stomach, intestines, causing the fungal pathogen to grow there too, causing infection, and causing INFLAMMATION, as inflammation is a natural RESPONSE  to infection that produces swelling; obviously DIFFICULT  to absorb nutrients under this circumstances, and one needs to eat a BLAND diet in order not to irritate the GI, BUT doctors MALICIOUSLY did NOT tell me this and I lost weight, had pain, gases, ie, I was on my OWN.)

.

9,  On April 2003, my immune system (LYMP) was LOW, rest was OK,  ie, my Immune system was being COMPROMISED by the yeast infection.   I also had GASTRITIS for the first time in my

11

life, and Dr. JL told me to follow a BLAND diet.

10, Then, On June or July 2003, Dr. JL ordered my FIRST FUNGAL CULTURE and diagnosed me with an intestinal yeasts infection called C. Albicans, and JL told me to *"eat 4-5 small meals, about 8 OZ. each, and to stop eating when I feel full"*; WHY? ie, she knew.   The yeast infection changed COMPLETELY my digestion due to spasm, cramps, gases, etc.  PROOF: I took Prilosec, Xantax, CARAFATE, Levsin which is an anti- GI spasm, and many more.

11,   ACTUALLY, Jeannie Redick, a nutritionist, DIAGNOSED me with Candida Albicans via a questioner, based on me having bloating (gases?), low appetite, etc, and told me to see Dr. JL; ie, ORCHESTRATED.  (I saw Jeannie many times since around 1999 till around 2008.)

12,   ON September 2003, Dr. JL gave my FIRST COURSE of Diflucan, 10 pills of 100 mg, but the Nursing Drug Handbook states 21 pills  for the Esophagus case, so I asked her for more as my case is in the intestines, and she gave 7 more pills of 100 mg.  Despite being a low dosage, It OPENED my appetite tremendously; my GI worked perfect, and I gained about 7 or 8  lbs in 10 or 12 days.    Ginger and Darrel Morris are witnesses as I ate in their house a few times.  Jeannie R. is also a witness.  Sadly, one day Ginger made me FLAN (which is sugar and water basically) to PUT ON WEIGHT, and I lost my appetite a few days.   Dr JL wrote me a letter and told me to stay away from sugars for a while.  To me, ORCHESTRATED to continue with the yeast infection.  (NOTE  that the correct dosage for the GI tract is 200 mg. for 3 or 4 weeks as shown per the enclosed Nursing Drug Handbook).

12.1 On October 2003, Dr. JL gave  me a second course of Diflucan, this time 14 pills of 100mgs, but did NOT improve my digestion and did NOT OPENED my appetite.    (NOTE: around 2010, Pfizer told me that one takes Diflucan untill the Infection is GONE; ie, untill it is NOT in the blood, ie, in the WBC, RBC; to me, this is another way to CHECK that a person is CURED, as Diflucan in a very EFECTIVE drug.)

13,   On November 2003, my entire IMMUNE SYSTEM was being completely compromised by C. Albicans, (ie, my C3, C4, CD4/CD8 ratios, CDH50, etc, CRIMINAL, as per definition, C. Albicans attacks the immune system.   (Per definition, C3 monitors the activity of a disease in people; further, decreased C3 levels indicate Protein malnutrition, malnutrition, etc.)

14,   On November 19, 2003, I asked Dr. Jeri Lantz (JL) to refer me to UVA to see Dr. Petri, the HEAD of the Infectious Disease Clinic at UVA, a famous ID doctor with about 13 PHD students, as she did NOT cure despite the fact that Dr. Petri had told me that he did EMAILED her the correct Rx, and I exchanged emails with him.   (She could loose her license.) (See enclosed referral sheet.)

15,   By December 2003, Dr. Itani, an Infectious Disease (ID) Doctor at L. Gale told me that *"he did NOT why my C3, T-cells,  and my TESTOSTERONA were low, and that he did not know any good doctors here in Roanoke that can cure me, and that I should go to a Research Hospital to get cured"*; WHY  R/D Hospital?;  to me, to check how the immune system of a normal person

was reacting after a year plus with a yeasts infection. (The C3 and T-CELLS are immune system cells that, if compromised, they are activated and indicate that there is an infection some where in the person.)

16, On Feb 2004, Facebook (FB) was incorporated. I also suspect that FB is also using my idea/network, as my idea per Fig 1 resembles FB's network. I see a CONNECTION with my yeast infection. (On or about March 2012, I did send FB a registered letter to let them know of my US Patent issued on September 1, 2009.)

17, On May 2004, I went to UVA as referred by Dr. JL with ICD code 117.9, *Intestinal Candidiasis, s/p diflucan*; and for further empiric treatment of Diflucan, (see enclosed referral sheet), but UVA NEVER conducted a fugal stool culture, just a 3 day Stool collection for Fat and Protein; (to me, to determine the level of malabsorption, and for R/D? ). UVA also did an ADVANCED blood work of my immune system, but the infection caused by the yeast did NOT APPEARED in my blood, ie, my WBC, RBC were normal. PROOF: UVA checked my CD#, CD4, CD8, C16, C19, etc, What diagnose UVA used? I saw Dr. Townsend, very famous, Dr. Leiner, etc.

To me, UVA SWAPPED my blood with a NORMAL person to get NORMAL results; ie, a CONSPIRACY.

(Darrel Morris (540.353.6365) and his wife Ginger (540-344-6365 H) (540-355-6270) took me to UVA the first time due my nerves, anxiety. I used to see them very often from about 2000 to 2008, my ex-wife introduced me to them, and they knew I had a yeasts infection, yet they NEVER asked me a SINGLE question if doctors cured me or not; did they give me medication or not, to me, conspirators)

18, In 2004, Dr. Steinweg at RMH diagnosed me as SEVERELY malnourished in a letter to me. (Also, Dr. Mani in Clinton, Maryland, in July 2005; Dr. Cummings on December 8, 2008, here in Roanoke, and Dr. J. Camacho in Falls Church, VA in 2012.)

19, In 2004, Dr. Carl Bivens (Endocrinologist) here in Roanoke told me that he was going to put a PATCH on my arm if my TESTOSTERONE did not improve, DEVASTATING. To me, evidence that C. Albicans was in my blood system and attacked my ENDOCRIN system, and that it is DANGEROUS DISEASE as it attacked my PITUITARY gland; ie any WEAK organ. Dr. Bivens wanted to do an MRI to check my PITUITARY, but I refused. But eventually, on June 9, 2009, DUKE University run a CT Scan of my head against my will, perhaps to see if there is any inflammation as the Pituitary Gland as it sits in a very tight area and has NO room to expand, and any expansion would create diseases. (See enclosed sheet from Dr. Bivens).

(Dr. Bivens had his own BLOOD ANALYZER in the office so he must know I had an infection in my blood via WBC, as well as LOW proteins, LOW calcium; ie, malnourished; ie, CONCEALING a disease. (On 2012, Dr. Jaime Camacho in Falls Church, VA told me that my Testosterone must be LOW.)

20, In 2005, Dr Jaime del Castillo Sr. from Lima, Peru, Clinica Americana, MALISIOUSLY gave me 150 mg of Diflucan weekly for about 20 to 25 weeks, as Dr. JL did NOT cured me. He

13

mailed me the Diflucan, I believe twice. My weight went down to 99 lbs. Dr. Noriega told me that Diflucan is taking daily, NOT weekly. I asked Dr. Del Castillo if it was orchestrated by the Americans, and he replied: "OF COURSE". (He was my sister's kids doctor when they were young. I called Dr. Del Castillo form my mother's telephone, 540-774-1245? from Honey Wood Apts, who came to Roanoke on November 2002 due to illness and for better treatment; Dr. D. Smith was her doctor.)

I told Dr. Del Castillo to call Vice Consul G. Vera in DC and to tell him that the Americans orchestrated ALL this; don't know if he called Mr. Vera.

21, On Jan 2006, Dr. Howard Sherman, a Neurologyst, diagnosed with advanced OSTEOPOROSIS, after ordering a BONE MASS DENSITY (BMD) test. It was caused from taking Diflucan weekly for about 25 weeks or so. My L1 to L4 were very weak, DANGEROUS. To me, Dr. Del Castillo INTENTIONALLY gave me Diflucan to kill the intestinal flora so that one can NOT digest well, and one consumes his own calcium and proteins to LIVE. Now I have been injured FOREVER; ie, AGGRAVATED ASSAULT. Osteoporosis, per definition, puts a person at HIGH risk of mortality. (I gave Dr. Sherman a complaint I had sent to legal authority)

(Doctor Sherman ordered a second BMD around 2009 after I took Diflucan for about 8 weeks from Dr. Powell; ie. to me, to see how much worse my osteoporosis was from Diflucan; CRIMINAL.)

22, On April 2005, Dr. Bolinger here in Roanoke gave me my third course of Diflucan, and he gave me 21 pills of 100 mgs. He also ordered Fecal WBC, that were NEGATIVE, as I read on my records; *"the yeast not a true infection causing harm"*; IMPOSIBLE. Dr. Bolinger also had his own BLOOD analyzer on site, so to me, he knew I had an infection per my WBC, RBC, etc. ie, CONCEALING a disease.

I saw him since about 2000 untill September 2006, when he wrote me a letter to find another doctor. (Dr. Lantz and Dr. Meyer also wrote me a similar letters; ie, to avoid medical malpractice?).

23, Around 2005, I do recall talking with JG about Gas-X to brake gases deep in my intestines, and JG did NOT question how I got the yeast infection, if Diflucan cured me or not, etc; ie, to me, LE told her to tell me about Gas-X, etc, again a CONSPIRATOR. (PROOF: her daughter started banking from home, and her son-in-law had health issues.)

24, On February 2006, Dr. Jeri Lantz ordered the first "Fungal SUSCEPTIVILITY / SENSITIVITY panel" in a stool culture to see if Diflucan would kill the yeast infection in VITRO; ie, std. procedure. I have the sensitivity results, and she did NOT give me Diflucan, WHY NOT? (Recall enclosed CDC report from Dr. M.E. Brandt of Jan-Feb 2000 stating that the First Four Patients in North America that were found in Hospitals (ie, in weak people), NOT in the normal population, were SUCCESFULLY treated in VITRO with common antifungal drugs ....)

NO doctor has ever order the SENSITIVITY TEST; ie, to me, to deceive me, to PREVENT me from proper medical care, and to CONTINUE being ill.

25, On Sept 2007, my ex-wife (who is a Register Nurse ) and I went to UVA and we saw D.

14

Enkiri, and he said that C. Albicans is normal in the intestinal flora and even in the MOUTH, (yes, but NOT OVERGROWTH in a stool culture; if normal, then NOTHING grows in the culture). My Ex-wife did not say anything, WHY? (Around 2003, I saw one of my cultures at RMH that Dr. JL ordered, and it had 3 bluish balls about ¼ in. in Diameter each, to me, proof NOT normal.)

26, In 2006 or 2007, LAB CORP in NC told me that the result of the mycology culture is "*either 0/1 ie, CERO or ONE and nothing in between; either you have or you don't, and if I do, it NEEDS to be treated*"; ie; straight forward.    (To me, Lab Corp must have a large  data base of many patients who had a result of one (1) and were tested again untill they had a cero (0) result.)

27, On April 8, 2008, I saw Dr. Douglas Powell and Dr. Vaughn  at Patient First in Cary Street, Richmond, VA, and they diagnosed me with POLYNEURITIES from the Nerve massage of Nov 1997, and with "DISSEMINATED C. Albicans".   He ordered a Fungal culture, did some blood work, but the blood work was normal; IMPOSIBLE.   He had his own BLOOD analyzer, so to me, he new I had an infection via WBC, as well as low proteins, low calcium; etc.  To me, He SWAPPED my blood with a normal person to deceive me, otherwise, he NEEDED to cure me FOR SURE; ie, CONCEALING an INFECTIOUS disease.    (This was my FIRST trip to Richmond and then to DC to see the Examiner at the USPTO.   My son lives in Richmond.)

28, On June 22, 2007, Stu Wirtz (FBI in DC) sent me an email that to me, he admits that I am under wiretapping and electronic surveillance, as he tells me: "*to keep going to the doctors, there is NO conspiracy here, and the police is only trying to help me*"?  (To me, it indicates that some LE are trying to hurt me and the other LE trying to help me ….)

29. On July 10, 2008, Dr. Powell  gave me 14 pills of Diflucan 150 mg;  ie, not enough, (perhaps hoping that I would rebound?).   He  took X-Rays of my GI to see stomach gases/pain that I developed from the day before in LabCorp (804-285-1513 Forest Lane) were an afro-american nurse (Erin?) took blood from me using an IV needle with a T in between.   To me, LE in Richmond told Dr. Powell to see how bad my osteoporosis was to decide to cure me or not.   Dr. Powell told me that my osteoporosis was advanced as seen in my X-Rays.    I did call 911 after leaving Patient First, and 2 Officers came, and I told them about LabCorp's blood work with an IV needle.

30, On July 19, 2008, I became DIZZY after drinking water I had in my car, so at around 6 pm, I went to the ER at St. Mary's Hospital that was very close, and  close to were my son worked.  I had NO other complaint.    I called Stu at the FBI in DC just before checking in, ie, around 6 pm from my cell, but the FBI was closed, and I told Dr. Okonkwo that I had just called Stu at the FBI, and she said: *do you have a friend in the FBI?*.   Then, Dr. Williams wanted to check my electrolytes, and ordered URINE lab work and blood work, and I told him I just HAD my blood drawn at Patient First, a few block away, and exactly a WEEK EARLIER, and he said: "it is TOO OLD"; (HE LIED).  I asked for a TOXIDITY test.  They took the urine test first.  Then, suddenly, they took 3 X-Rays, one from chest and 2 from my GI area and I WALKED to the X-Ray room, not in a stretcher (they LIED).    To me, they checked how bad my osteoporosis was to decide IF to inject me with C. Albicans with an IV needle.

The first Urine results came at around  9.20 pm, stated WBC PENDING, RBC PENDING, as well

15

as other values, WHY? Then around 9.30 pm, I wanted to leave because I felt better, but nurse Daphne wanted to draw blood and told me "*you do what I say*". She used an IV needle with a T between the needle and the bottle that took a few HOURS to prepare, ie, to me, they injected me C. Albicans again. (NOTE: If a person is ILL, why wait 3 hours plus to draw the blood?.)

To me, a LE must have told Dr. Williams about Diflucan and to check me if I was CURED via the WBC, RBC in the URINE, as I was on the 10th pill or so out of 14 pills. Around 10 pm, ie, 4 hrs later, Dr. Williams told me to STOP taking Diflucan that I was WASTING MY TIME?, and that IF I develop any pain, to see a gastroenterologist next building, and he wrote his name on the records, and told me to leave. He told me "*we are not in the bussines of giving diseases*." (The times of all the labwork was recorded on the 20 sheets or so I was given when I left, so any criminal activity can be seen).

Worse, the exit summary sheets stated that they had ordered an injection of PHENEGRAN which is for Nausea, Vomiting, but it was canceled. To me, they wanted to put me to SLEEP and do some invasive medical procedure, like endoscopy? CRIMINAL, HUMAN RIGHTS VIOLATIONS. They even checked my Troponins, WHY? Dr. Noriega told me this checks if I ever had a HEART attack?.

Next day, I felt a terrible PAIN on my right side of my GI; ie, in the ascending colon. To me, Diflucan did CURE me, and they drew blood with an IV needle with a "T" to give me BACK the yeast infection directly into my blood; CIMINAL, conspiracy to continue with the yeast infection. I did reported this to the Police at Henrico, with Officer Eckert. I hereby respectfully request an INVESTIGATION to find out who are orchestrating tampering with my health and WHO made the injection.

Dr. J. Noriega told me that St. Mary's Hospital did a FULL examination of my body; WHY? Looking for some weakness in my body?

31. Late July 2008, I went to the Henrico Police Station and placed a complaint about LabCorp and St. Mary's Hospital with Officer Eckert, he took me inside to a small room, but he refused to write my complaint about St. Mary's Hospital, only about Lab Corp, and I saw him writing it. Officer Eckert had told me a few days earlier on the telephone, that I could file ATTEMPTED murder charges (probably against St. Mary's for injecting unknown substances into my body. (I am afraid that St. Mary's might have injected me with another disease that might develop years later … )

31.1 Around 2010, I requested a copy of the ICR No:080821248, that Officer Eckert wrote in front of me, via the Freedom of Information Act, and it said NOTHING, it was empty; ie, OBSTRUCTION OF JUSTICE. To me, the Henrico Police must have been involved to cover the event up.

31.2 On July 2008, a few days after leaving St. Mary's Hospital, I called S. Wirtz at the FBI, and I recall speaking with him for about 15 mts. or so.

32, On December 8, 2008, Dr. D. Cummings ordered labwork for: "*Stool study for Fat and Protein; C&S; O&P; C-Difficille Toxin assay*", and wrote ICD 263.9" which means "*Protein-Calorie malnutrition*"; ie, MALNUTRITION. The C&S means that he did ordered the SENSITIVITY TEST, but I do recall the results for Fat and Protein being normal, but do NOT recall the other 3 results,

16

and he NEVER gave me Diflucan.    But I see a CONTRADICTION as I had  a yeast infection that required code 117.9; therefore.   To me, Dr. Cummings was deceiving the insurance company, BCBS, about the correct diagnose to PREVENT ME FROM PROPER MEDICAL CARE and continue with the infection.  (Dr. Cummings does NOT want to give me a copy of my records.)

33,  On August 2009, Dr Powell gave me his 2nd course of Diflucan, this time, of 100 mg for about 3 weeks, but by the third week or so, Pfizer told me that it needs to be 200 mg/day because "*it needs to PENETRATE into the tissue*".   Then, Dr. Powell increased it to 200 mgs per day for about 3 more weeks, BUT did NOT cure me, did NOT open my appetite or improve digestion while taking Diflucan.    (NOTE that I do recall a blood work ordered probably by Dr. Cummings close to the end of taking Diflucan, and I did notice a sudden adverse change in my appetite, digestion, etc.    To me, the blood was ordered to see IF the infection was gone; if not, then I intentionally ACQUIRED it again somehow, perhaps via  blood work, or in my apartment, or in my food?  CRIMINAL.   (Dates can be confirmed with the billing history from BCBS.)
    (NOTE that the yeast pathogen/invaders has PENETRATED the tissues of my intestinal wall, and this causes inflammation, as inflammation Is a natural response for infection so the WBC can attack the yeast invaders; ie, obviously, difficult for me to absorb nutrients!)

34,  On June 9, 2009, I drove to the ER at Duke University to see Dr. Mac Farlin, a Neurologist, to check my nerves, and suddenly, Dr. Lopez at the ER, wanted to draw blood with an IV Needle (WHY) and I REFUSED.  I wanted to leave so got dressed, and 2 DUKE Officers forced me to get undress and to go for a CT SCAN of my Head against my will, probably to check my Pituitary Gland for any inflammation; what DIAGNOSE and SYMPTOMS they used for this?    Suddenly, they kept me in SECLUSION for 3.5 days AGAINST my will.  They run an EKG of my heart, and a FRONT and SIDE X-Ray views of my chest.   (I told Dr. Lopez at the ER to call Dr. Powell as I agreed with Dr. Powell before going to DUKE; so why SECLUSION?).  I called Dr. J. Noriega around 11 pm and he told me to SIGN a waiver and to leave, but NO action.
    Dr. Powell told me that the Front and Side X-Rays views checks the SIZE of the heart to see if heart is WEAK or not.    Therefore, to me, doctors knew that my heart was GETTING weak as it is a MUSCLE TOO, and wanted to see how weak it was;  ie, CONSPIRACY TO HURT MY BODY, and to TAKE years of my Life.    Per DUKE request, My ex-wife and my daughter had to drive to DUKE and pick me up; WHY? To get me out of the area to avoid legal problems?  I did called an Atty. near Duke Hospital to sue DUKE.

35,  In 2010, I asked Dr. J. Noriega in OKC if a person looses muscle mass, does the HEART gets weak?  and he replied:  "*of course, the heart is A MUSCLE TOO*"; ie, to me ALL doctors knew that my heart was getting weak.    PROOF: doctors did not check my cholesterol  and TRG for many years, and DUKE run Front and Side X-Ray views of my Heart.   On February 2011, I checked my TRG in a Methodist Church and it was 398, very high, and in 1997 it was 45; ie, I was extremely HEALTHY from sports; so what happened?   CIVIL Rights Violations and SERIOUS CRIMINAL activity punishable by Law.

36,  Around 2010, Dr. Powell ordered that ALL BLOOD WORK would be drawn at Patient First versus writing me an order and I get it done in Lab Corp in Roanke, WHY?    To me, He suspected a third party (LE) was swapping my blood with a normal person if done in Roanoke,

17

and he had his blood analyzer to see accurate results.

37, On March 23, 2010, I went to the Roanoke County Police Dpt. and spoke with Officer JC O'Brien, and I told him that a Chiropractor, Dr. Kehres, massaged my nerves on my 4 extremities on November 1997, and damaged them, criminal act. The Officer said it was a CIVIL matter. I wrote an affidavit.

38, Around 2010, a Professor of Microbiology at VWCC told me that "*any book of microbiology teaches that a pathogen causes MALABSORPTION*"; ie, to me, all doctors knew that I was having malabsorption and that "*it is KILLING ME SLOWLY*"; ie, this is AGGRAVATED ASSAULT WITH A DEADLY WEAPON, ie, the DISEASE. (Around 2004, Dr. Jorge Noriega told me that it damages the intestinal mucosa and causes malabsorption, and to take vitamin B12.)

38 (Around 20010, Pfizer told me that one takes Diflucan untill the Infection is GONE; ie, untill it is NOT in the blood (MBC, RBC, etc). Another simple way to check if the person is CURED, as Diflucan is a very EFFECTIVE drug.)

39, On December 2010, Dr. D. Powell prescribed me Diflucan 100 MG. 2x/Day for about two months, BUT did NOT cure me; did NOT open my appetite, HOW COME? It DAMAGED my liver diagnosed me with JAUNDICE; ie, INTENTIONAL. It must have worsen my osteoporosis. Dr. Powell has been measuring my HEIGHT each time I have an appointment to see the Doctor.

40, Around 2011 Pfizer told me I had a TREATMENT FAILURE and asked me to send them an extra pill from Diflucan that Dr. Powell prescribed me and did NOT cure me, and to tell them the BATCH number if possible. I did both, and Pfizer did contact Dr. Powell.

41, On or about July 2011, Solstas Lab here in Roanoke refused to do the SENSITIVITY test and the FECAL White Blood Cells (WBC) in the stool that Dr. D. Powell ordered. I went with Alfredo Alonso to Solstas in the Wachovia Bldg, downtown, 5th floor, and they said that the DOCTOR needs to order it. I called the doctor but he refused, and the culture became UNUSUABLE, ie, INTENTIONAL. (NOTE: *It is Federal Law to do the Lab work exactly as ordered by the doctor*" Ref: Atty P Weber)). WBC would have confirmed that I had an INFECTION in my intestinal tract, which is obvious as per definition of a YEAST INFECTION that causes infection; otherwise, I would be the first person in USA that has NO infection, and I was going to call the CDC.

41.1 On 2012, I emailed Consul Jordan a complaint about my health and he told me to find an US Atty in order to go to the DOJ, as the Consulate does NOT practice US Law. I did try to find an Atty but unsuccessfully.

42, On November 2012, Dr. Cummings ordered a fungal culture and I asked him to order a SENSITIVITY test but he refused; I even called LabCorp as I pay the bill, but they refused. (This was my LAST culture.) But he told BCBS osteoporosis as diagnose instead of intestinal candidiasis ICD 117.9; ie, CONCEALING a disease.

43, <u>DIFLUCAN SUMMARY</u>: Between 2003 and 2011, only FIVE doctors gave me Diflucan, they

18

were: Dr. J. Lantz in Sept and Oct 2003;  Dr. Del Castillo in 2005; Dr Bolinger on May 3, 2006; Dr. Lee Meyers on April 2007, and Dr. D. Powell in Patient First in  Richmond, VA, on April 2008, April 2009, and December 2010, and they did NOT communicate to each other to cure me? (ie, CONSPIRACY to continue being ill.)   (Any doubts about the liquid Flagyl, we can do an experiment)

43.1 To me, the above FIVE doctors committed  AGRAVATED ASSAULT WITH A DEADLY WEAPON; ie, with a DISEASE and with the medication, for NOT curing me ASAP.

43.2   Around 2012, Atty Pierce Weber told me that  *"Doctors can LOOSE their license if prescribe the wrong Rx dosage and number of pills (ie, as per  manufactures specifications)"*;  ie, low strength and low number of pills".   He is presently a Judge.   To me, this conduct by the doctors is NOT approved by the STATE OF VIRGINIA; ie, CRIMINAL.

44,  LabCorp in NC told me once that if a fungal culture is positive, the sensitivity test is done AUTOMATICALLY as it needs to be TREATED.

45,  PHARMASISTS:  I understand that by LAW, Pharmacists are required to make sure that the DIFLUCAN Rx is correct, otherwise, they should call the doctor; but in my case, they did NOT; ie, ORCHESTRATED.

46,  (There were over 250 labwork orders between 2003 to around 2011 according to BCBS's billing history I requested around 2012, and BCBS did NOT say nothing to these excessive labwork order, appointments, for basically ONE disease; to me, BCBS COOPERATED with LE. Per my contract with BCBS, the treatment should be according to my SYMTOMS.)

47,  NOTE:  I have the yeasts infection UNDER THE TABLE, ie, between me and the Doctors, as the doctors  have NOT told the insurance company (BCBS) that I have a yeast infection. They told BCBS MINOR diagnosis like: LOST WEIGHT; IBS; Celiac disease, Abnormal Weight Loss; etc; CRIMINAL.

48,  On December 2012, I decided to RENOUNCE my US Citizenship and to REVIVE the  Green Card I got in NY State while working for Xerox, so I went to the USCIS in Norfolk VA, met Officer Jackson, she APPROVED it, and we MADE an appointment for Jan 2013, but I had a cold, and requested to be postponed.

49,  Suddenly, on December 8, 2014, acting Chief Mrs. K. Jones transferred my ENTIRE file A 019 351 510 to Wash, DC, to 111  Mass, Av NW, Customer Service & Public Engagement Directorate, 6th Floor,  MS 2260, Was, DC 20529.  I went there but this DC location does NOT see people.  To me, I am  maliciously being PREVENTED  by LE from renouncing my US citizenship in order to be under American LE manipulation that is hurting me versus helping me, otherwise, my  CONSULATE would HELP me as they are in charge of the WELL BEING of all Peruvian residing in US.

19

50, In 2014, Consul Cesar Jordan in the Peruvian Consulate in DC, was going to help me to renounce my US citizenship, but SUDDENLY, he left DC around December 2014 and Vice-Consul Mr. J. Nieto told me that he will help me, and that I needed to start ALL OVER again and to refile the health complaint I had sent to Consul Jordan.    I did email Mr. Nieto a complaint on or about October 2015, and Mr. Nieto then asked me via email for the telephone numbers any family members for SUPORT? (for them to help me versus Mr. Nieto with the DOJ?); ie, OBSTRUCTION OF JUSTICE.

51, I also sent an email dated July 6, 2015 to COMPLAINT-USCIS and copy to Vice-Consul Mr. Nieto with PDF copies of my File and of all my appointments in Norfolk, to help me to RENOUNCE my citizenship, and NO answer; ie, ORCHESTRATED.  To me, LE have communicated with Mr. Nieto and with USCIS to NOT help me to renounce my US citizenship; ie VIOLATION OF MY PRIVACY  & OBSTRUCTION OF JUSTICE.
    To me, the Peruvian Consulate is in a different jurisdiction, if so, Mr. Nieto should NOT speak with any US LE regarding my HUMAN RIGHTS and my pursue of HAPPINES.   (So, to me, I am a US citizen by FORCE, not voluntarily.)

52,   In 2013, Atty John Weber and the ALCU told me that "*it is Federal Law to prevent a person from proper medical care*".   (Pfizer told me once that I had a *treatment failure*".)

53,  On July 19, 2016, I TRIED to sent a 10 page complaint via fax to Mrs. Amy Guthrie from Bent Tree Apts, as she told me to send one, and it failed.   I called her and read her the email from Stu W. and Drew Grubb at the office overheard it.   Ten days later, I was told that  Drew went home that DAY and committed suicide, shot himself due mental problems; (to me he determined that I was under electronic surveillance, and to avoid telling me, was forced to disappear from my life.  Please, investigate who is/are communicated with the Office.

54,  On July 18, 2017, at 2.15 pm, I went to COX Cable here in Roanoke, on Valley View Rd. and asked Mr. Michael Smith, to send me a letter stating that I am NOT under electronic surveillance via the TV, and he said that is for the CIA, NSA, etc, and he REFUSED to write his name on a piece of paper, had NO bussines card, and stated he was new since 2 weeks, he was in Afghanistan.   A lady, Mia Drummond, gave me her card.  Therefore, To me, I am under surveillance via my TV.

55, ROANOKE HEALTH DEPARTMENT:  On April 25, 2013, nurse PAM prevented me from seeing the Director, Dr. Stephanie Harper.  On June 6, 2013, Head Nurse Leslie Bittner.    On Jan 4, 2017 and on April 13, 2017, Cheryl Daniels, Dr. Harper's secretary, despite me leaving the CDC report with her; ie, HUMAN RIGHTS VIOLATION  & OBSTRUCTION of JUSTICE. (Doctors can LOOSE their license if they prescribe wrong dosage and wrong # of pills per Federal Law; so, to me, they are protecting my doctors.)

5.0   SUMMARY OF ABOVE EVENTS:                          8/3/ 17/  :    1.30 pm
-- In 1997 I had an idea about computers that was filed at the USPTO on October 20, 1997.
--On November 1997, a chiropractor, Dr. Kehres gave me a Finger Tip NERVE massage over my

20

4 extremities, perpendicular to my extremities; causing NEURITIES, nerve inflammation.

-- On March 1999, I filed in Europe at the European Patent office (EPO).

-- On October 31, 2002, IBM announces " *On Demand Computing* "in USA TODAY, Money Section  with an investment of billions of dollars.

-- On November 2002, I started to loose weight.

-- On December 16, 2002, my US Atty (TB) REFILED my original application of October 1997, and abandons the first application of Oct 1997.

--On January 2003, I had and intestinal AMOEBAS Histolityca, a reportable disease. (I see a CONNECTION with my idea and IBM.)

-- On March 2003, I had THRUSH on my TONGUE from Flagyl, (the medication to kill the Amoebas), from crashing and dissolving in water 3 pills of Flagyl and swallowing due to malicious advice of Pharmacist Mitch West that BURNED my mouth like FIRE; (INTENTIONAL).  My ex-wife was the first person to see the THRUSH and told me to see my doctor Jeri L.

-- On June 2003, I had C. Albicans, an intestinal YEAST INFECTION, that causes infection in the host; ie, me.   Per definition, the infection MUST appear in the blood work, but it NEVER did; WHY?  To deceive me?  To me, my blood was SWAPPED with a normal person.

-- On December 2003, my entire immune system was compromised, like my C3, T-Cells, C4, etc, and Low TESTOSTERONE, and LOW Pituitary; dangerous.

--On November 2003, Dr. JL REFERRED me to UVA to see Dr. Petri for *intestinal candidiasis;  -s/p Diflucan;* but UVA never gave me Diflucan; WHY? (I went to UVA untill Sep 2007.)

-- In 2005, a Peruvian Dr. J. del Castillo, gave me Diflucan 150 mg./week for about 25 weeks, and my weight went down to 99 lbs, very serious; (criminal).

-- On January 2006, advanced OSTEOPOROSIS, RARE in man in their 50's, because of taking DIFLUCAN weekly for about 5-6 months from DR. Del Castillo.

--On February 2006, Dr. Jeri Lantz ordered a SENSITIVITY test that to me, guaranties Diflucan will cure me; ie, to me, the correct procedure.  NO other doctor has order it.

--On December 2006, my US Atty.  deleted some lines, added some lines in my original application of 1997, and drafts 8 NEW CLAIMS per his own volition, and files it..  To me, he took inventive features/components out; ie, now it's very difficult to sue IBM, FB, etc.

--On July 19, 2008, I got dizzy from drinking water I had in my car and went to the ER at St. Mary's Hospital and Dr. Dean Williams ordered Urine labwork, then took one X-ray of my chest and  2 from my GI area, and 3 hrs. later, drew blood with an IV needle and a T, told me to STOP Diflucan?   Next day, I developed severe GI pain; ie, to me, he reintroduce the yeast infection into my blood via the IV needle, as Diflucan was curing me.

-- On May 2009, I drove to the ER at Duke University to check my nerves, BUT they kept me in SECLUSION for 3.5 days AGAINST my will, they took a CT SCAN of my Head against my will, (to check my pituitary?), an EKG, and took a FRONT and SIDE X-Rays views of my chest to check if my heart was WEAK or not.

--On September 1, 2009, my US application was issued as patent # 7,584,270 but with PRINTING errors, that were corrected by February 12, 2012; ie, 14 years AFTER orig  filed on Oct, 1997, but still had DEFECTS that I noticed on December 2013.

-- Early 2012, I emailed Consul Jordan a complaint about my health and he told me to find a US Attorney in order to go to the DOJ, as the Consulate does NOT practice US Law.  I did try to find an Atty but unsuccessfully.

-- On December 2012, I applied to RENOUNCE my US citizenship in Norfolk, VA, and to REVIVE my previous GREEN CARD that I had while working for Xerox Corp in Rochester, NY, and to regain my Peruvian citizenship, it was approved.

-- In 2014, my entire USCI  file was transferred to DC, to a place were they don't see people; ie, LE are BLOCKING me so my Consulate will NOT help me.

-- On December 2014, Consul Jordan left DC, and Vice-Consul Nieto told me to start all over again and to REFILE the complaint I sent to Mr. Jordan.   I emailed him a new complaint but NO ACTION; ie, OBSTRUCTION of Justice by Mr. Nieto and LE.

--In 2015, I filed a petition to REVIVE the orig application filed on Oct 1997 that was abandoned; so far OK.

-- Over 250 lab work orders that include blood and fungal cultures; (BUT I only have ONE disease, C. Albicans).  To me, they were checking my health and nutritional status.

-- I have seen about 44 doctors since 2002 untill the present, BUT only 5 Drs. gave me Diflucan; (to be unable to work on my idea?).

–On March 22, 2016, I showed Senator Edwards the CDC Report and he suggested for me to see US Atty. Mr. Fishwick, "*to see what is going on*" but was told to call (857-2250)  from Home to make the appointment, so I called from home, left messages, but NO response. (Amy G. was the secretary); ie, OBSTRACTION of Justice, only possible via electronic surveillance as LE know  AL my activities, and communicate with FOURTH  parties.

--On July 19, 2016, I TRIED to sent a 10 page complaint via fax to Amy Guthrie (857- 2614) from Bent Tree Apts, as she told me to send one, and it failed.   I called her and read her the email from Stu W. and Drew Grubb at the office overheard it.   About ten days later, I was told that Drew went home that DAY and committed suicide, shot himself due mental problems; (to me, he determined that I was under electronic surveillance, and to avoid telling me, was forced to disappear from my life.   PLEASE, investigate.

5.1  DIFLUCAN SUMMARY : 5 doctors gave me Diflucan: Dr. J. Lantz, Sep 2003, 17 pills 100 mg and on October 2003, 14 pills 100 mg.  In 2015, Dr. del Castillo, Diflucan 150 mg, one pill weekly for about 20 weeks.   On May 3, 2006, Dr.  Bolinger  21 pills of 100 mg.   On April 2007, Dr. L. Meyers 100 mg 14 pills.   On April 4, 2008, Dr. Powell 14 pills of 150 mg, on April 4, 2009, 100 mg 21 days, increase to 200 mg/day for about 21 days, and on December 2010, 200 mg for 10 to 12 weeks.

6.0  ROANOKE HEALTH DEPARTMENT:  On April 25, 2013, nurse PAM prevented me from seeing the director, Dr. Harper.  On June 6, 2013, Head Nurse Leslie Bittner.   Then on Jan 4, 2017 and on April 13, 2017, Mrs. Cheryl Daniels, Dr. Harper's secretary; ie, OBSTRUCTION of Justice. (Doctors can LOOSE their license if they prescribe wrong dosage & No. of pills per Federal Law.)

ENC:
1, FBI Director Mr.  Comey's 60 Minutes interview aired on May 14, 2017
2, Finger Tip Nerve Massage's Sketch over my 4 Extremities.
3, Dr. J. Lantz referral of November 3, 2003 to UVA regarding intestinal candidiasis.
4, 2004 Nursing Drug handbook pg. 30, regarding Diflucan treatment.
5, CDC Report of Dr. Mary E. Brandt, Vol. 6, No 1, Jan-Feb 2000: *Candida*

22

*Dublinienesis Fungemia: The First Four cases in North America;* ie, successfully treated.

6, Dr. Carl Bivens notes of 7-9-04 regarding me being cold intolerant and  Low pituitary and Low Testosterone.

7, Osteoporosis report of Jan 19, 2006. from Dr. H. Sherman

8, Dr. D. Powell's  Lab work order of 07/14/11 regarding INFECTIOUS AGENT DETECT; WBC-FECAL, etc, from Solstas Lab.

9, Stu  Wirtz's email of June 22, 2007, 9.49 pm, an FBI agent in DC.


Respectfully submitted,

Victor C. Hahn                        (9-7-17)

\* \* \* \* \* \*


— ENC: 9 DOCUMENT

+ (9-6-19) Article of
Washington Post

~ Judge Rules against
FBI List.

⇒ 10 Documents enclosed

VH